THE STATE EX REL. TOLEDO HOSPITAL, APPELLEE, *v.* ADMR., OHIO BUREAU OF WORKERS' COMPENSATION, ET AL., APPELLEES; KANARY, APPELLANT.

[Cite as *State ex rel. Toledo Hosp. v. Ohio Bur. of Workers' Comp.* (1998), 84 Ohio St.3d 228.]

(No. 96–1656—Submitted October 27, 1998—Decided December 30, 1998.)

---

*Marshall & Melhorn* and *David L. O'Connell,* for appellee Toledo Hospital.

*Betty D. Montgomery,* Attorney General, and *Reeve W. Kelsey,* Assistant Attorney General, for appellees Adminstrator, Bureau of Workers' Compensation, and Industrial Commission.

*Dorothy B. McCrory & Associates, Christopher S. Clark* and *Kurt M. Young,* for appellant John E. Kanary.

The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

———

LUNDBERG STRATTON, J., dissenting. Because I would affirm the judgment of the court of appeals, I respectfully dissent.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.